424 A.2d 539

Commonwealth v. Moore, Appellant.

Submitted October 26, 1978. Clifford C. Cooper, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.